UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 12-80118-CR-HURLEY/UNASSIGNEDMAG

FILED by ___SA___ D.C.
ELECTRONIC

Jun 21, 2012

STEVEN M. LARIMORE
CLERK  U.S.  DIST.  CT.
S.D.  OF  FLA.  MIAMI

21 U.S.C. § 846
21 U.S.C. § 841
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

DERIC DEMETRIUS WILLIS,
    a/k/a "Casper,""Kaz,"
JULIUS CORNELIUS JONES,
    a/k/a "Red Man," "Frog,"
TIMOTHY DAVIS,
BRUCE CALVIN THOMAS,
    a/k/a "BJ,"
HENRY CURTIS GAINES,
    a/k/a "Buck,"
RANDY DAVIS PHILLIPS,
    a/k/a "Cash,"
KEITH DENARD JOHNSON,
    a/k/a "Kiki,"
and
TEKESHA TEON HORBBS,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges the following:

## COUNT ONE

From on or about March 9, 2011, and continuing through on or about April 22, 2012, in Palm

Beach County, in the Southern District of Florida, and elsewhere, the defendants,

DERIC DEMETRIUS WILLIS,
a/k/a "Casper,""Kaz,"
JULIUS CORNELIUS JONES,
a/k/a "Red Man,""Frog,"
TIMOTHY DAVIS,

**BRUCE CALVIN THOMAS,**
**a/k/a "BJ,"**
**HENRY CURTIS GAINES,**
**a/k/a "Buck,"**
**RANDY DAVIS PHILLIPS,**
**a/k/a "Cash,"**
**KEITH DENARD JOHNSON,**
**a/k/a "Kiki,"**
**and**
**TEKESHA TEON HORBBS,**

did knowingly and wilfully combine, conspire, confederate, and agree with each other and with

persons known and unknown to the Grand Jury, to possess with the intent to distribute a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title

21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that

this violation involved twenty-eight (28) grams or more of a mixture and substance containing a

detectable amount of cocaine base, commonly known as crack cocaine.

## COUNT TWO

On or about March 30, 2011, in Palm Beach County, in the Southern District of Florida, the

defendant,

**DERIC DEMETRIUS WILLIS,**
**a/k/a "Casper,""Kaz,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine base,

commonly known as crack cocaine.

2

## COUNT THREE

On or about May 24, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**DERIC DEMETRIUS WILLIS,**
**a/k/a "Casper," "Kaz,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

## COUNT FOUR

On or about June 2, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**DERIC DEMETRIUS WILLIS,**
**a/k/a "Casper," "Kaz,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

## COUNT FIVE

On or about June 28, 2011, in Palm Beach County, in the Southern District of Florida, the defendants,

**JULIUS CORNELIUS JONES,**

3

a/k/a "Red Man," "Frog,"
and
**RANDY DAVIS PHILLIPS,**
a/k/a "Cash,"

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved twenty-eight (28) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| **vs.** | |
| **DERIC DEMETRIUS WILLIS,**<br>a/k/a "Casper," "Kaz," et al<br>                          **Defendants.**<br>_____/ | **CERTIFICATE OF TRIAL ATTORNEY**\* <br><br>**Superseding Case Information:** |

**Court Division:** (Select One)

|  |  |  | New Defendant(s)       Yes _____   No _____ |
|---|---|---|---|
| _____ | Miami | _____ Key West | Number of New Defendants |
| _____ | FTL | __X__ WPB      _____ FTP | Total number of counts       _____ |

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      __No__
    List language and/or dialect      _____

4.  This case will take      __5__      days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                                                 (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6.  Has this case been previously filed in this District Court?   (Yes or No)   __NO__
    If yes:
    Judge: _____      Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)   __NO__
    If yes:
    Magistrate Case No.      _____
    Related Miscellaneous numbers:      _____
    Defendant(s) in federal custody as of      _____
    Defendant(s) in state custody as of      _____
    Rule 20 from the      District of   _____

    Is this a potential death penalty case? (Yes or No)      __No__

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003?   _____ Yes   __X__ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

_____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0150990

\*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>DERIC DEMETRIUS WILLIS, a/k/a "Casper," "Kaz"</u>

<u>Pre-Trial Detention</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
      AUSA:  Rinku Tribuiani

Last Known Address: <u>1241 SW MLK Blvd. 1</u>

<u>Belle Glade, FL 33430-3795</u>

_____

What Facility: _____

_____

Agent(s): <u>S/A Lance MacVane, DEA</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
Drug Enforcement Administration

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>JULIUS CORNELIUS JONES a/k/a "Red Man," "Frog,"</u>

<u>Pre-Trial Detention</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _____
         AUSA:   Rinku Tribuiani


Last Known Address: <u>864 SW Avenue E</u>

<u>Belle Glade, FL 33430</u>

_____

What Facility: _____

_____

Agent(s):        <u>S/A Lance MacVane, DEA</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)  (ICE)  (<u>**OTHER**</u>)
Drug Enforcement Administration

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: TIMOTHY DAVIS _____

Pre-Trial Detention _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Rinku Tribuiani

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):      S/A Lance MacVane, DEA _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)  (ICE)  (**OTHER**)
Drug Enforcement Administration

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>BRUCE CALVIN THOMAS, JR. a/k/a "BJ,"</u>

<u>Pre-Trial Detention</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Rinku Tribuiani

Last Known Address: <u>840 Ave Ave SW, Apt. C5</u>

<u>Belle Glade FL 33430-3211</u>

_____

What Facility: _____

_____

Agent(s): <u>S/A Lance MacVane, DEA</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (<u>**OTHER**</u>)
Drug Enforcement Administration

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: HENRY CURTIS GAINES, a/k/a "Buck," _____

Pre-Trial Detention _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _____
        AUSA:   Rinku Tribuiani


Last Known Address: 840 SW Avenue C _____

Belle Glade, FL 33430 _____

_____

What Facility: _____

_____

Agent(s):        S/A Lance MacVane, DEA _____
        (FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
        Drug Enforcement Administration

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>RANDY DAVIS PHILLIPS, a/k/a "Cash,"</u>

<u>Pre-Trial Detention</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Rinku Tribuiani

Last Known Address: <u>642 SW 7th St., Apt. 3</u>

<u>Belle Glade, FL  33430</u>

_____

What Facility:   _____

_____

Agent(s):   <u>S/A Lance MacVane, DEA</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
Drug Enforcement Administration

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>KEITH DENARD JOHNSON, a/k/a "Kiki,"</u>

<u>Pre-Trial Detention</u>

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Rinku Tribuiani

Last Known Address: <u>608 SW 12th Street</u>

<u>Belle Glade, FL  33430-3721</u>

What Facility: _____

Agent(s): <u>S/A Lance MacVane, DEA</u>

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

Drug Enforcement Administration

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>TEKESHA TEON HORBBS</u>

<u>Pre-Trial Detention</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Rinku Tribuiani

Last Known Address: <u>2109 13th Street</u>

<u>Clewiston, FL  33440-5569</u>

_____

What Facility: _____

_____

Agent(s):   <u>S/A Lance MacVane, DEA</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**<u>OTHER</u>**)
Drug Enforcement Administration

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO._____

**Defendant's Name:**   DERIC DEMETRIUS WILLIS a/k/a "Derie Willis," "Casper," "Kaz"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |
| 2 | Distribution of a mixture and substance containing a detectable amount of cocaine base | 21:841(a)(1) | 20 years<br>SR: 3 years up to life<br>$1 million fine<br>$100 special assessment |
| 3 | Distribution of 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:841(a)(1) | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |
| 4 | Distribution of a mixture and substance containing a detectable amount of cocaine base | 21:841(a)(1)<br>18:2 | 20 years<br>SR: 3 years up to life<br>$1 million fine<br>$100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO._____

**Defendant's Name:**   **JULIUS CORNELIUS JONES a/k/a "Red Man," "Frog"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |
| 5 | Possession with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:841(a)(1)<br>18:2 | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO._____

**Defendant's Name:   TIMOTHY DAVIS**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## <u>PENALTY SHEET</u>

## CASE NO._____

**Defendant's Name:   BRUCE CALVIN THOMAS a/k/a "BJ"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

## CASE NO._____

**Defendant's Name:   HENRY CURTIS GAINES a/k/a "Buck"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

## CASE NO._____

**Defendant's Name:   RANDY DAVIS PHILLIPS a/k/a "Cash"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |
| 5 | Possession with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:841(a)(1)<br>18:2 | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

## CASE NO._____

**Defendant's Name:   KEITH DENARD JOHNSON a/k/a "Kiki"**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

### CASE NO._____

**Defendant's Name:**   **TEKESHA TEON HORBBS**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846 | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |